UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
FEB - 2 2017
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                        INDICTMENT NO. 5:17-CR-18 DCR

EDGAR VILLA-CASTANEDA

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 115(a)(1)(B) & (b)(4)

On or about and between August 5, 2015, and September 22, 2015, in Woodford County, in the Eastern District of Kentucky,

**EDGAR VILLA-CASTANEDA**

did threaten to murder R.D., an Assistant United States Attorney, with intent to retaliate against Assistant United States Attorney R.D. on account of the performance of his official duties, all in violation of 18 U.S.C. §§ 115(a)(1)(B) and (b)(4).

### COUNT 2
### 18 U.S.C. § 373(a)

On or about and between August 5, 2015, and September 22, 2015, in Woodford County, in the Eastern District of Kentucky,

## EDGAR VILLA-CASTANEDA

With the intent that T.M. engage in conduct constituting a felony that has as an element the use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade T.M. to engage in such conduct, that is to murder an officer of the United States in violation of Title 18, United States Code, Section 1114, in violation of Title 18, United States Code, Section 373(a).

**A TRUE BILL**

_____
JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:** Not more than 10 years' imprisonment, $250,000 fine, and 3 years supervised release.

**COUNT 2:** Not more than 20 years' imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.