UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff/Respondent, | ) ) ) | Criminal Action No. 5: 17-018-DCR and |
| V. | ) ) | Civil Action No. 5: 19-405-DCR |
| EDGAR VILLA-CASTANEDA, | ) ) ) | **JUDGMENT** |
| Defendant/Movant. | ) | |

*** *** *** ***

In accordance with the Memorandum Opinion and Order entered on this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of the United States with respect to all issues raised in this habeas proceeding.

2. The defendant's collateral proceeding (Civil Action No. 5: 19-405-DCR) is **DISMISSED** and **STRICKEN** from the Court's docket.

3. A Certificate of Appealability shall not issue.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay.

Dated: July 30, 3030.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky